

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| WC 4TH AND RIO GRANDE, LP., | § | No. 08-22-00073-CV |
| Appellant, | § | Appeal from the |
| v. | § | 345th District Court |
| LA ZONA RIO, LLC, | § | of Travis County, Texas |
| Appellee. | § | (TC# D-1-GN-20-007177) |
| | § | |

## O RDER

Receiver's Motion to Suspend the Briefing Schedule is granted to the extent that the Court suspends the deadline for filing Briefs on the Merits until further order of the Court. Nonetheless, the parties are encouraged to file letter briefs calling to the Court's attention any rulings in related litigation that might be germane to the issues for this appeal. In the interim, the Court may also choose to rule on any motion that is pending before the Court.

IT IS SO ORDERED this 28th day of June, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.